



Ex. 2, p. 2