attorneys at
innovation

January 24, 2011

James F. Bennett, Jr.  
LightWedge, LLC  
320 Nevada Street  
Newton, MA 02460

Bruce A. Kugler  
Attorney  
303-863-2992  
bkugler@sheridanross.com

Via Certified Mail

Re: U.S. Design Patent No. D592,400 for a "Stretchable Notebook Computer Case" assigned to Thule Organization Solutions, Inc.;  
Our File No. 2417-784-29

Dear Mr. Bennett:

We represent Thule Organization Solutions, Inc. ("Thule") of Longmont, Colorado with regard to intellectual property matters. In this capacity, it has been brought to our attention that LightWedge is offering to sell and/or selling a flexible sleeve used to store electronic devices such as notebook computers. More specifically, we have reviewed LightWedge's "Verso Neoprene Hoodie" for use with portable electronic devices offered for sale via www.lightwedge.com. A photograph of one of LightWedge's products is enclosed herein for your review.

After examining LightWedge's verso products, we believe that you may want to review Thule's U.S. Design Patent No. D592,400 ("the '400 Patent), which relates to a sleeve for storing a notebook computer. A copy of the '400 Patent is enclosed for your reference.

Once you have had an opportunity to review Thule's '400 Patent, please contact me at your earliest convenience, but no later than February 11, 2011, to discuss this matter.

Sincerely,

SHERIDAN ROSS P.C.

Bruce A. Kugler

BAK/IRW/nln  
Enclosures:  
c: Thule Organization Solutions, Inc.

Ex. 3, p. 1

attorneys at
innovation

February 17, 2011

James F. Bennett, Jr.
LightWedge, LLC
320 Nevada Street
Newton, MA 02460

Bruce A. Kugler
Attorney
303-863-2992
bkugler@sheridanross.com

Via Certified Mail

Re:   U.S. Design Patent No. D592,400 for a "Stretchable Notebook Computer Case"
      assigned to Thule Organization Solutions, Inc.;
      Our File No. 2417-784-29

Dear Mr. Bennett:

We are writing in furtherance to our letter dated January 24, 2011 with regards to your flexible sleeve used to store electronic devices. To date, we have not received any correspondence from you in regard to this matter. Please respond to our January 24, 2011 letter and provide us with your assessment of the '400 Patent no later than March 1, 2011. If we do not hear from you by this date, we will presume that LightWedge, LLC is not interested in amicably resolving this matter.

Sincerely,

SHERIDAN ROSS P.C.

Bruce A. Kugler

BAK/IRW/nln
Enclosures:
c:    Thule Organization Solutions, Inc.

Ex. 3, p. 2